[No. 56191-0-I.   Division One.   December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURIE I. LEENDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06526-7, Richard McDermott, J., entered May 6, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Becker, J.

[Nos. 56313-1-I; 56382-3-I.   Division One.   December 26, 2006.]

TAMI LAFFERTY, *Individually and as Guardian ad Litem*, ET AL., *Respondents*, v. STEVENS MEMORIAL HOSPITAL, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 01-2-09790-1, Larry E. McKeeman, J., entered April 29, 2005. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Becker, JJ.

[No. 57388-8-I.   Division One.   December 26, 2006.]

WALLINGFORD COMMUNITY COUNCIL, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-19524-1, Richard A. Jones, J., entered December 19, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Becker, J.

[No. 57464-7-I.   Division One.   December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KEENA N. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07551-8, Douglas D. McBroom, J., entered December 1, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.